CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

3/31/2026
LAURA A. AUSTIN, CLERK
BY:
s/A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| Hernan Navarro, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Nos. 7:25-cv-000789 |
| | ) | 7:25-cv-000803 |
| C. Dotson *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Hernan Navarro, an incarcerated individual proceeding *pro se*, filed Civil Action

No. 7:25-cv-00789 pursuant to 42 U.S.C. § 1983, complaining about alleged differential

treatment of him based upon his prior residency in the United States Virgin Islands.  He filed

Civil Action No. 7:25-cv-00803 complaining about the institution's response to an anxiety

attack.

Navarro recently filed a request that the court enter a temporary restraining order

related to legal mail and copies and to transfer him to another facility.  (Dkt. 17 in Civil Action

No. 7:25-cv-00803 and Dkt. 23 in Civil Action No. 7:25-cv-00789.)  The court construes this

as a request for preliminary injunctive relief.  Navarro sent in one document but labeled it with

both of the cases he has pending in this court.  Navarro is **DIRECTED** to submit any future

documents in one case only.  The court will enter this opinion in both cases, but future filings

must be designated for one case only.

1

Neither of Navarro's cases pending in this court concern legal mail or his access to the courts. Navarro has not claimed that any occurrences at the prison have impacted his ability to litigate this case; rather he complains about legal mailings related to cases pending in other jurisdictions. An injunction cannot properly issue in a case unless it relates to the merits of the claims asserted in the complaint. A preliminary injunction "may never issue to prevent an injury or harm which not even the moving party contends was caused by the wrong claimed in the underlying action." *Nealson v. Blankenship*, No. 7:23-cv-00071, 2023 WL 2776069, at *1 (W.D. Va. Apr. 4, 2023) (citing *Omega World Trave v. Trans World Airlines*, 111 F.3d 14, 16 (4th Cir. 1997)). Therefore, the court **DENIES** the request for injunctive relief related to legal mail and copies at Dkts. 17 and 23.

Navarro also asks for transfer because he allegedly fears for his life at his current facility. He has described no acts giving rise to that concern, however. Accordingly, there is no factual basis asserted that would warrant the extraordinary relief of a directed transfer. Accordingly, the Court **DENIES** Navarro's request for a transfer.

If Navarro wishes to assert claims related to legal mail, copies, or retaliation, he should exhaust those claims through the administrative grievance process and then file a separate action to assert them. He may re-file a motion related to legal mail or copies in this action if any actions of the Defendants negatively impact his ability to litigate the claims in this action.

The Clerk shall mail a copy of this Order to Navarro.

**ENTERED** this 31st day of March, 2026.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE